**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**MARILYN MARGULIS**,

 *Plaintiff*,

v.

**EXP REALTY, LLC, ABIGAIL STEIB**,
and **JOHN DOES 1-10**,

 *Defendants*.

Case No. 4:26-cv-00794

### ENTRY OF APPEARANCE

Kellie Mitchell Bubeck of Bubeck Law LLC enters her appearance on behalf of Defendants

eXp Realty, LLC and Abigail Steib in the above-referenced matter.


Dated: May 27, 2026    Respectfully submitted,

        /s/ *Kellie Mitchell Bubeck*

        Bubeck Law LLC
        Kellie Mitchell Bubeck, MO #65573
        William H. Heusel, MO #78010
        420 Nichols Road, 2nd Floor
        Kansas City, Missouri 64112
        Phone: (913) 340-7206
        Email: kellie@bubecklaw.com
           liam@bubecklaw.com

        *Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

I certify that on May 27, 2026, the foregoing was electronically filed with the Court via the

CM/ECF system, which will send notice to counsel of record.


/s/ *Kellie Mitchell Bubeck*
Kellie Mitchell Bubeck